## *AKIN & AL.* vs. *BEDFORD & AL.*

APPEAL from the court of the first district.

MARTIN, J., delivered the opinion of the court. The plaintiffs claim $4,732 4, the nett

The plaintiff is not bound to administer any

East'n. District, proceeds of fifty hogsheads of tobacco, sold
June, 1826.         for them by the defendants.

AKIN & AL.            The answer admits the defendants received
vs.
BEDFORD & AL. fifty hogsheads of tobacco of the plaintiffs,
proof of his al-  which they sold, according to the instructions
legations which
are not denied  of the latter, and remitted to them a draft of
by the answer.
E. Fiske, for $4,732 4, the nett proceeds.

The plaintiffs were nonsuited and appealed.

It appears that the case was submitted to
the district judge, on the petition and answer.
He thought the plaintiffs had not made out
their case, and could not recover without
using the answer in evidence; and if they did,
this document, with the admission of the debt,
contained an averment of payment, which
could not be separated from the admission.

We are of opinion that the allegations of
the petition, so far as they went to establish
the sale of the tobacco by the defendants, for
the plaintiffs, not being denied by the answer,
the latter were not under any obligation to
administer evidence of it.

The answer denied the liability of the de-
fendants, on the ground that they sent the
plaintiffs a draft in payment. It does not
even allege that this remittance was made by

order of the plaintiffs. Even if it did, this circumstance ought to have been proved; for every fact, not admitted in the petition, advanced by the defendant, is, according to our practice (which does not admit of a replication) held to be denied by the plaintiff.

AKIN & AL.
*vs.*
BEDFORD & AL.

The court, in our opinion, erred in nonsuiting the plaintiffs; and as on this being done, the defendants could not well have introduced evidence in support of their averment, we cannot well give a final judgment.

It is therefore ordered, adjudged, and decreed that the judgment be annulled, avoided, and reversed, and the case remanded for trial, the defendants and appellees paying costs in this court.

*Eustis* for the plaintiffs, *M'Caleb and Byrnes* for the defendants.